Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Carlos Flores-Ortiz*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Flores-Ortiz, <br><br>          Plaintiff, <br><br> v. <br><br> Bayview Financial, LP, *et al*, <br><br>          Defendants. | **Case No: 2:15-cv-00939-RFB-GWF** <br><br> **STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [First Request]** |

## STIPULATION AND PROPOSED ORDER

Plaintiff Carlos Flores-Ortiz ("Plaintiff"), Defendant Bank of America, N.A. ("BANA") (jointly as the "Parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to BANA's motion to dismiss [ECF No. 16].

WHEREAS, on May 19, 2015, Plaintiff filed in this Court a Complaint for Damages, ECF No. 1;

WHEREAS, on December 1, 2015, BANA filed its Motion to Dismiss the Complaint, ECF No. 16;

WHEREAS, a Response to BANA's Motion to Dismiss is due on December 18, 2015, ECF No. 16;

WHEREAS, the Parties are discussing the possible early resolution in this case and it is likely that the Parties will reach a settlement within 30 days.

WHEREAS, this is the first request for an extension of this deadline by the Parties.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and BANA as follows:

(1) Plaintiff shall have until January 17, 2015 to respond to BANA's Motion to Dismiss [ECF No. 16].

**IT IS SO STIPULATED.**

DATED this 18th day of December 2015.

[continued on next page]

1
2  **KAZEROUNI LAW GROUP, APC**
3  By: /s/ Michael Kind
4  Michael Kind, Esq.
   7854 W. Sahara Avenue
5  Las Vegas, NV 89117
6  800-400-6808 x7
   Fax: 800-520-5523
7  Email: mkind@kazlg.com
8  *Attorney for Plaintiff*

9  **AKERMAN LLP**
10
11 By: /S/ Matthew I Knepper
   Matthew I Knepper, Esq.
12 1160 Town Center Drive, Suite 330
13 Las Vegas, NV 89144
   702-383-8966
14 Fax: 7026345000
   Email: matthew.knepper@akerman.com
15 *Attorney for Bank of America, N.A.*
16
17                   IT IS SO ORDERED
18
19                   _____
20                   UNITED STATES DISTRICT JUDGE
21
22                   DATED:_____December 28, 2015_____
23
24
25
26
27
28

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 18, 2015, the foregoing STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [First Request] was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117